IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 8 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. '08 - CV - 00277 BnB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

DANIEL ALLAN SCHNEIDER,

Plaintiff,

v.

COLORADO DEPT. OF CORRECTIONS,
DOC LAISON [sic]: JIM STADLER AUG 3RD 2006 - 4-19-2007,
DOC LAISON [sic]: GEORGE KLEBCAC 4-19-07 - 6-07,
DOC P. OFFICER: RICHARD MACNEILLY 07-25 TO 9-6-07,
DOC PLACEMENT FACILITY: "AVOLON" PHEONIX [sic] CENTER,
DIRECTOR: ON 8-3-06 TO 11-2-06 MARY ? AND CASE MANAGER: MS. ? AUG-NOV 2006,
DIRECTOR: ON 4-3-07 TO 19TH 2007 MR. SULLIVAN AND CASE MANAGER: MS. TRISH ? 4-3, 19-07,
DIRECTOR: ON 11-6-07 TO 11-9-07 MS. MAGEN ? AND CASE MANAGER TOM ? 11-6,9-07,
ASSIT [sic] - DIRECTOR: JESSICA SCHLOMER 8-3-06- TO 11-2-06,
HEAD OF CASE MANAGEMENT: JEFF STALEY 8-2006- TO 11-9-2007,
CHIEF OF SECURITY: "NONE" ON 8-3-06 TO 11-2-06,
SAM B. 4-3-07 TO 11-9-07,
STAFF: MOE M. ? WROTE UP ASSULT [sic] 4-17-07, and
INMATE: STEVE RAY VAUGHEN,

Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, a Prisoner Complaint, and a document titled "Notice of Law Suite." As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a

civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

Although Mr. Schneider has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, the court notes that Mr. Schneider is not incarcerated in a prison facility in Colorado, but he resides in Bismarck, North Dakota.

Mr. Schneider's continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for in forma pauperis status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). Therefore, Mr. Schneider will be ordered to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Plaintiff may elect to pay the $350.00 filing fee in full to pursue his claims in this action.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) _X_ is not on proper form (must use nonprisoner § 1915 form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, the form that is used by nonprisoners. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 6th day of February, 2008.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **'08 - CV - 0 0 2 7 7**

Daniel Allan Schneider
Prisoner No. 98291
1102 E. Ave. C
Bismark, ND 58501

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on 2-8-08

GREGORY C. LANGHAM, CLERK

By: _____
   Deputy Clerk